| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | ERI America, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-0163524 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 353 Enterprise Parkway<br>Lake Zurich, IL 60047<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Lake<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.eri-america.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  ERI America, Inc. _____  Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　3327

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor     ERI America, Inc. _____      Case number (*if known*)_____
           Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  ERI America, Inc.  
Name                                                                                                          Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 20, 2018  
                       MM / DD / YYYY

**X** /s/ Frank J. Fullone                                    Frank J. Fullone  
Signature of authorized representative of debtor              Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joseph E. Cohen                                     Date   April 20, 2018  
Signature of attorney for debtor                                       MM / DD / YYYY

Joseph E. Cohen 3123243  
Printed name

Cohen & Krol  
Firm name

105 West Madison Street  
Suite 1100  
Chicago, IL 60602-4600  
Number, Street, City, State & ZIP Code

Contact phone   312.368.0300        Email address

3123243 IL  
Bar number and State

Fill in this information to identify the case:

Debtor name: ERI America, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alps Tools USA<br>5420 Newport Dr. #51<br>Rolling Meadows, IL 60008 | | | | | | $23,292.10 |
| Birla Precision Technologies Ltd.<br>Dalamal House 1st Floor<br>J. B. Marg  Nariman Point<br>Mumbai, India 40002-1000 | | Judgment | | | | $163,619.12 |
| Cesare Ferrero<br>Str. Brandizzo No. 418<br>Volpiano, Italy 10088 | | | | | | $347,935.00 |
| CWA Investment Co, LLC<br>One Overlook Point Ste 100<br>Lincolnshire, IL 60069 | | | | | | $180,909.14 |
| ERI Italia<br>Brandizzo No. 418<br>Volpiano 10088<br>Italy | | | | | | $73,058.21 |
| Frank J. Fullone<br>5 Wellesley Ct.<br>Lake Zurich, IL 60047 | | | | | | $40,000.00 |
| Funding Strategy Partners<br>18 S. State Street # 4<br>Newtown, PA 18940 | | | | | | $141,380.00 |
| IL Dept. of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794 | | | | | | $25,484.18 |

Debtor  ERI America, Inc.  
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | | | | | | $109,006.91 |
| Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | | | | $96,629.09 | $0.00 | $96,629.09 |
| M.P.A srl<br>Via Pizzoli No. 3<br>Calderara Di Re Bo 40012<br>Italy | | | | | | $39,103.71 |
| Mapal Inc.<br>4032 Dove Rd.<br>Port Huron, MI 48060 | | | | | | $102,807.43 |
| Matthew Dattolo<br>510 Dorothy Dr.<br>Des Plaines, IL 60016 | | | | | | $33,026.59 |
| Midlothian Partnership LLC<br>333 Enterprise Parkway<br>Lake Zurich, IL 60047 | | | | | | $40,020.48 |
| Queen Funding LLC<br>2221 NE 164 St.<br>Suite 1144<br>North Miami Beach, FL 33160 | | | | $49,065.00 | $0.00 | $49,065.00 |
| SAB D.oo<br>Preradoviceva 110<br>Daruvar 43500<br>Croatia | | | | | | $37,808.80 |
| Serinex SRL<br>Via Per Molteno 28/1<br>Oggion Lecco 23848<br>Italy | | | | | | $275,763.30 |
| Showa Tool Co. Ltd<br>7-18 Imazaike - CHO<br>Toyonaka<br>Osaka 561-0842 | | | | | | $488,288.63 |
| Tecno SRL<br>Vai Canova No 47<br>Torino 10126<br>Italy | | | | | | $21,000.00 |

Debtor  ERI America, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| World First USA<br>206 E. 9th St.<br>Ste 1900<br>Austin, TX<br>78770-1000 | | | | | | $20,170.11 |

Agility Logistics Corp.
491 Supreme Drive
Bensenville, IL 60106


Algra S.p.A Divisione Accessori
Via Manzoni No. 41
Italy


Alpi USA Inc.
700 Nicholas Blvd.
Suite 411
Elk Grove Village, IL 60007


Alps Tools USA
5420 Newport Dr.
#51
Rolling Meadows, IL 60008


American Express
P.O Box 0001
Los Angeles, CA 90096


Birla Precision Technologies Ltd.
Dalamal House 1st Floor
J. B. Marg  Nariman Point
Mumbai, India 40002-1000


Bodman PLC
201 West Big Beaver Rd.
Suite 500
Troy, MI 48084


Bucci Industries USA Inc.
9332 Forsyth Park Drive
28273
Charlotte, NC 28273


Canela Corp.
100 S. Alloy Dr.
Fenton, MI 48430


Capital One F.S.B
P.O Box 790217
Saint Louis, MO 63179

Carl Konior
491 Kinmonth
Joliet, IL 60433


CDS Moving Equipment
2636 S. Clearbrook Dr.
Arlington Heights, IL 60005


Centaur Precision Tool Inc.
13098 SW 133 Rd. Court
Belleair Beach, FL 33786


Cesare Ferrero
Str. Brandizzo No. 418
Volpiano, Italy 10088


Citi Card Processing Center
Des Moines, IA 50363-3000


Citicards-Costco
PO Box 9001016
Louisville, KY 40290


Clark Foam Products Corp.
655 Remington Blvd.
Bolingbrook, IL 60440


Coast Industrial Sales
1630 S. Sunkist Street
Suite T
Anaheim, CA 92806


CWA Investment Co, LLC
One Overlook Point
Ste 100
Lincolnshire, IL 60069


Denson Sales Company
10601 Bloomfield St.
Los Alamitos, CA 90720


DHL Express USA Inc.
16592 Collections Center Dr.
Chicago, IL 60693

Donald C. Counts and Assoc
14139 Parliament Dr.
Chesterfield, MO 63017


Donini & Grandi S.r.I
Via Beverara No. 37
Bologna
Italy


Eagen Tool Supply, Inc.
350 South Main Street
Doylestown, PA 18901


Equipment Depot
751 Expressway Drive
Itasca, IL 60143


ERI Italia
Brandizzo No. 418
Volpiano 10088
Italy


Exxon Mobil
P.O Box 688938
Des Moines, IA 50368


Falcon Toolings
SF No. 205/1&2 Kuttai Thottam Kalap
Coimbatore 641-048
India


Fedex
P.O Box 94515
Palatine, IL 60094


Fedex Corporate Service



Fedex Trade Networks
P.O Box 842206
Boston, MA 02284


Frank J. Fullone
5 Wellesley Ct.
Lake Zurich, IL 60047

```
Fratelli Vergnano SRL
Corso E. Olia, 2
Chieri 10023
Italy


Funding Strategy Partners
18 S. State Street
# 4
Newtown, PA 18940


Hank Yu Hanshin Express USA
909 W. Irving Park Rd.
Itasca, IL 60143


Heimatec Inc.
16 E Piper Lane
Ste 21
Prospect Heights, IL 60070


High Preformance Tooling Inc.
53 Greeley Street
Hudson, NH 03051


Home Depot Credit Services
P.O box 6029
The Lakes, NV 88901


IL Dept. of Employment Security
335 State St.
10th Floor
Chicago, IL 60603-2802


IL Dept. of Revenue
P.O. Box 19084
Springfield, IL 62794


IL Dept. of Revenue
P.O. Box 19084
Springfield, IL 62794


Impact Networking LLC
75 Remittance Dr.
Ste 1076
Chicago, IL 60675
```

```
Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


J.M Sales & Associates
2265 Livernois
Ste 750
Troy, MI 48083


Juan Raul Santoyo Moreno
Herramientas Y Servicios #31
Silao, GTO
Mexico


Lyndex- Nikken Inc.
1468 Apmour Blvd.
Mundelein, IL 60060


M.P.A srl
Via Pizzoli No. 3
Calderara Di Re Bo 40012
Italy


Magee Hartman P.C
444 N. Cedar Lake Rd.
Round Lake, IL 60073


Mapal Inc.
4032 Dove Rd.
Port Huron, MI 48060


Mask Distribution Services
154 Covington Crescent
Kitchner, Canada


Matthew Dattolo
510 Dorothy Dr.
Des Plaines, IL 60016
```

MFG Tool Sales
1115 Broadway
Piqua, OH 45356


Midlothian Partnership LLC
333 Enterprise Parkway
Lake Zurich, IL 60047


Murphy & Miller Inc.
39661 Treasury Center
Chicago, IL 60694


My Tool Rep
1043 CR 4420
Mount Pleasant, TX 75455


Nimlok Chicago
111 Rawls Rd.
Des Plaines, IL 60018


Office Depot
Dept. 56-8404408833
Des Moines, IA 50368


Oga Tool
One Main Street
Whitinsville, MA 01588


Palmer Industrial Source
1384 Fagan
Batavia, IL 60510


Paypal Credit Services
PO Box 960080
Orlando, FL 32896


Pintney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250


PO Box 960080
Orlando, FL 32896

Precise Tooling Co LLC
248 Parkside Court
Provo, UT 84601

Purchase Power
PO Box 856042
Louisville, KY 40285

Quality Access Of the South Inc.
626 Brooks Rackley Rd.
Dallas, GA 30157

Queen Funding LLC
2221 NE 164 St.
Suite 1144
North Miami Beach, FL 33160

Rego Fix Tool Corp
4420 Anson Blvd.
Whitestown, IN 46075

Rental Max LLC
351 W. Main Street
Lake Zurich, IL 60047

Retention Knob Supply & MFG Co
4905 State Route 274 West
Huntsville, OH 43324

Rewdale Precision Tools PVT
NO. 484 B & C, IV Phase
Bangalore 560-058
India

Rickenbach Sales
7 Fire Thorn Drive
Milford, NJ 08848

Rose Plastic USA
PO Box 643658
Pittsburgh, PA 15264

Rosemount Technology
13073 Charlston Way
Rosemount, MN 55068

```
SAB D.oo
Preradoviceva 110
Daruvar 43500
Croatia


Savino Del Bene USA
1905 D-S Mt Prospect Rd
Des Plaines, IL 60018


Scott Schaefers
Brotschul Potts LLC
30 N. LaSalle St., Suite  1402
Chicago, IL 60602


Serinex SRL
Via Per Molteno 28/1
Oggion Lecco 23848
Italy


Showa Tool Co. Ltd
7-18 Imazaike - CHO
Toyonaka
Osaka 561-0842


Spindle Mate Co. Inc.
18073 Jeffco Rd. P.O Box 202
Buffalo Creek, CO 80425


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368


Sunrise Tool Products Inc
604 South Third St
Harrisville, MI 48740


Techniks Inc.
9930 E. 56 th Street
Indianapolis, IN 46236


Tecno SRL
Vai Canova No 47
Torino 10126
Italy
```

```
TNT USA Inc.
PO Box 710746
Columbus, OH 43271


United Healthcare
Dept Ch 10151
Palatine, IL 60038


UPS Freight
28013 Network Place
Chicago, IL 60673


UPS Supply Chain Solution
UPS UPS 28013 Network Pl.
Chicago, IL 60673


UPS Supply Chain Solution Inc.
28013 Network Place
Chicago, IL 60673


Warehouse Direct
2001 S. Mt Prospect Rd
Des Plaines, IL 60018


World First USA
206 E. 9th St.
Ste 1900
Austin, TX 78770-1000


WW Grainger
Dept 869617142
Palatine, IL 60038
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  ERI America, Inc.  Case No.
Debtor(s)  Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  ERI America, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 20, 2018  /s/ Joseph E. Cohen
Date  Joseph E. Cohen 3123243
 Signature of Attorney or Litigant
 Counsel for  ERI America, Inc.
 Cohen & Krol
 105 West Madison Street
 Suite 1100
 Chicago, IL 60602-4600
 312.368.0300 Fax:312.368.4559